**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: June Dooley   |   CHAPTER 7
<u>Debtor</u>   |
   |   BKY. NO. 18-13981 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of Bank of America, N.A. and index same on the master mailing list.

        Respectfully submitted,

        **/s/ Rebecca A. Solarz, Esq**
        Rebecca A Solarz, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322