## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: June Dooley | | CHAPTER 7 |
| | Debtor(s) | |
| Bank of America, N.A. | Movant | NO. 18-13981 AMC |
| vs. | | |
| June Dooley | Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq. | Trustee | |

### ORDER

AND NOW, this 1st day of October, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

The Automatic Stay of all proceedings, as provided under Sections 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362, is modified to allow Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the U 2013 HONDA ACCORD CPE ("Vehicle"), bearing a VIN Number 1HGCT1B81DA013824.

_____
Ashely M. Chan
United States Bankruptcy Judge

June Dooley
8002 Hammond Road
Cheltenham, PA 19012

John P. Attiani, Law Office of John P. Attiani
500 Office Center Drive, Suite 400
Ft. Washington, PA 19034

Gary F. Seitz Esq.
Gellert Scali Busenkell & Brown LLC
The Curtis Center,
601 Walnut Street, Suite 750 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532