United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-13981-amc
June Dooley                                                         Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD         Page 1 of 1         Date Rcvd: Oct 01, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.
db             +June Dooley,    8002 Hammond Road,    Cheltenham, PA 19012-1210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2018 at the address(es) listed below:
      GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
      JOHN P. ATTIANI    on behalf of Debtor June  Dooley johnattiani@gmail.com
      REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  June Dooley | | CHAPTER 7 |
| | Debtor(s) | |
| Bank of America, N.A. | Movant | NO. 18-13981 AMC |
| vs. | | |
| June Dooley | Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq. | Trustee | |

## ORDER

AND NOW, this 1st day of October, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

The Automatic Stay of all proceedings, as provided under Sections 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 , is modified to allow Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the U 2013 HONDA ACCORD CPE ("Vehicle"), bearing a VIN Number 1HGCT1B81DA013824.

Ashely M. Chan
United States Bankruptcy Judge

June Dooley
8002 Hammond Road
Cheltenham, PA 19012

John P. Attiani, Law Office of John P. Attiani
500 Office Center Drive, Suite 400
Ft. Washington, PA 19034

Gary F. Seitz Esq.
Gellert Scali Busenkell & Brown LLC
The Curtis Center,
601 Walnut Street, Suite 750 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532